IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCA-TECH, INC.,** | ) | Case No. 8:05CV570 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING HEARING |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, and** | ) | |
| **NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has considered the arguments and evidence submitted by the parties relative to the Plaintiff's Motion for a Continuance of the preliminary injunction hearing. I find that a brief extension of time is warranted to permit lead counsel for the Plaintiff to appear at the hearing. The next significant block of time that the Court has available to dedicate to this hearing is on Monday, March 6, 2006. I have scheduled three hours for the hearing, from 9 a.m. until noon. While I understand that live testimony will be presented, all counsel are advised to consider presenting and, indeed, are encouraged to present, evidence by affidavit.

IT IS ORDERED:

1. The Plaintiff's Motion for a Continuance (Filing No. 29) is granted;

2. The Plaintiff's Motion for a Preliminary Injunction (Filing No. 3) is rescheduled for hearing on Monday, March 6, 2006, at 9:00 a.m. before the undersigned in Omaha, Nebraska, Courtroom #2. The previously scheduled hearing is cancelled; and

3. Plaintiff's reply brief, if any, remains due today.

DATED this 8th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge