IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, | ) | Case No. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, and NEBRASKA ASSOCIATION OF SCHOOL BOARDS, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties are granted leave to supplement their indexes of evidence that have been offered in support of the Plaintiff's motion for preliminary injunction with additional affidavits. The hearing on the motion remains scheduled to commence on Monday, March 6, 2006, at 9 a.m., in Courtroom No. 2.

DATED this 24th day of February, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge