IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.** | ) | **Case No. 8:05CV570** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, and NEBRASKA ASSOCIATION OF SCHOOL BOARDS,** | ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Stipulation of the Plaintiff, MeccaTech, Inc., and the Defendant, Nebraska Association of School Boards ("NASB"), in which the parties agree that Plaintiff may have an extension of time to respond to the pending Motion to Dismiss (Filing No. 52). I have reviewed the Stipulation, and I conclude that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Extension of Time to Respond (Filing No. 85) is approved and the relief requested therein is granted; and

2. The Plaintiff MeccaTech, Inc., shall respond to the NASB's Motion to Dismiss Plaintiff's Seventh Cause of Action on or before Friday, April 14, 2006.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge