IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.** | ) | Case No. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | ORDER |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, and** | ) | |
| **NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion to Extend Time to File Reply Brief (Filing No. 61) filed by Defendant Nebraska Association of School Boards ("NASB"). The NASB represents to the Court that no party objects to the proposed extension of time. I conclude that the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Motion to Extend Time to File Reply Brief (Filing No. 61) is granted;

2. The NASB shall file its reply brief in support of its Motion to Dismiss on or before Friday, April 28, 2006.

DATED this 27th day of March, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge