# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV570** |
| vs. | ) | |
| | ) | **ORDER** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

    This matter is before the court on plaintiff's Unopposed Motion to Extend Time to File Response to NASB's Answer and Counterclaim. Upon review of the motion, and being fully advised in the premises,

    **IT IS ORDERED** that the Motion [68] is granted. Plaintiff MeccaTech, Inc. shall file a response to Defendant Nebraska Association of School Boards, Inc.'s Answer and Counterclaim [67] no later than Monday, July 24, 2006.

    **DATED July 19, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**