IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | Case No.: 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD,** | ) | **ORDER** |
| **PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **and THE NEBRASKA ASSOCIATION** | ) | |
| **OF SCHOOL BOARDS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Unopposed Motion to Extend Time to File Brief in Opposition to Motion to Dismiss (Filing No. 74) filed by Defendant the Nebraska Association of School Boards, Inc. ("NASB"),

IT IS ORDERED that the motion (Filing No. 74) is granted and Defendant NASB shall file its brief in opposition to plaintiff's Motion to Dismiss on or before August 31, 2006.

Dated this 16th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge