# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MECCATECH, INC.,                                )
                                                )
              Plaintiff,                        )
                                                )              8:05CV570
       vs.                                      )
                                                )              ORDER
CLAUDIA KISER, SARAH SHEPHERD, PAT              )
BARIL, STRATEGIC GOVERNMENTAL                   )
SOLUTIONS, INC. and THE NEBRASKA               )
ASSOCIATION OF SCHOOL BOARDS, INC.,             )
                                                )
              Defendants.                       )

This matter comes before the court on the motion of plaintiff, MeccaTech, Inc., for extension of time to September 14, 2006 for the parties to submit their initial disclosures under Fed. R. Civ. P. 26(a)(1). The motion is unopposed. Upon review of the file,

**IT IS ORDERED** that plaintiff's Motion [77] is granted. All parties are given until and including **September 14, 2006** to serve initial disclosures under Fed. R. Civ. P. 26(a)(1).

**DATED August 31, 2006.**

                                   BY THE COURT:

                                   **s/ F.A. Gossett**
                                   **United States Magistrate Judge**