IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, and** | ) | |
| **NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation of the Plaintiff, MeccaTech, Inc., and the Defendant, Nebraska Association of School Boards, Inc. ("NASB"), in which the parties agree that Plaintiff may have an extension of time to file a response to the NASB's Brief in Opposition (Filing No. 79) to the Plaintiff's pending Motion to Dismiss Counterclaim (Filing No. 71). I have reviewed the Stipulation, and I conclude that it should be approved.

IT IS ORDERED:

1.  The Stipulation for Extension of Time to file a response to the NASB's Brief in Opposition (Filing No. 83) is approved and the relief requested therein is granted; and

2.  The Plaintiff MeccaTech, Inc., shall file a response to the NASB's Brief in Opposition on or before Friday, September 15, 2006.

DATED this 11th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge