# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, Inc.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, Inc., and NEBRASKA ASSOCIATION OF SCHOOL BOARDS, The, Inc.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

The matter before the Court is on the joint Stipulation for Extension of Time to Respond (Filing No. 127), in which the parties stipulate to an order extending the time for the Plaintiff to file its response to the Defendants' Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 107). After review of the joint motion and the statements contained therein, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The joint Stipulation for Extension of Time to Respond (Filing No. 127) is granted; and

2. The Plaintiff's response to Defendants Claudia Kiser, Sarah Shepherd, Pat Baril, and Strategic Governmental Solutions, Inc.'s Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 107) shall be due on or before February 26, 2007.

DATED this 12th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge