IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, Inc., and NEBRASKA ASSOCIATION OF SCHOOL BOARDS,** | ) | |
| | ) | |
| Defendants. | ) | |

Based on the parties' stipulation,

IT IS ORDERED:

1. The Stipulation for an Extension of Time (Filing No. 132) is granted; and

2. MeccaTech, Inc. will file its response to the Defendants' motion to dismiss the seventh cause of action on or before March 12, 2007.

DATED this 27th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge