# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV570** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

For good cause shown, and in light of the depositions now scheduled for the week of March 19, 2007,

**IT IS ORDERED** that defendants' Motion for extension of time [146] is granted. Defendants are given until and including April 11, 2007 to respond to plaintiff's pending Motion to Compel [134]. The depositions may proceed as scheduled but may be reconvened or continued, if necessary, if additional responses to discovery are provided.

**DATED March 16, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**