### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| and **THE NEBRASKA ASSOCIATION** | ) | |
| **OF SCHOOL BOARDS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The matter before the Court is MeccaTech, Inc.'s ("MTI") Motion to Stay the SGS Defendants' Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 155), in which MTI asks this Court to stay disposition of the Defendants' Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 107). MTI represents that the Defendants do not object to its motion to stay.

The Court finds that MTI's motion to stay should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Stay the SGS Defendants' Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 155) is granted; and

2. The Court will stay disposition of the Defendants' Motion to Dismiss Plaintiff's Seventh Cause of Action (Filing No. 107) until Monday, June 4, 2007.

DATED this 5th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge