IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCA-TECH, INC., | ) | Case No. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, | ) | ORDER |
| PAT BARIL, STRATEGIC | ) | |
| GOVERNMENTAL SOLUTIONS, INC. | ) | |
| and THE NEBRASKA ASSOCIATION | ) | |
| OF SCHOOL BOARDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion and Stipulation to Extend Deadline for Defendants' Expert Report (Filing No. 171),

IT IS ORDERED that the deadline for Defendants to serve their expert report is extended to May 4, 2007.

DATED May 7, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge