IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CV570 |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

This matter is before the court on plaintiff's MOTION FOR ATTORNEYS' FEES [185] filed pursuant to the court's ORDER [179] granting plaintiff's motion to compel discovery. Plaintiff seeks an award of $4,296.50 in attorneys' fees incurred in preparing the underlying motion to compel. The court has not received a response in opposition to the fee request.

Plaintiff's Index of Evidence [186] shows that plaintiff's attorneys and staff expended 25.4 hours, billed at rates ranging from $145 to $210 per hour, in preparing the motion to compel. In the absence of any objection from the defendants, the court finds that counsel spent a reasonable amount of time preparing the motion to compel, and the hourly rates reflect reasonable charges for professional legal services in this court by lawyers regularly employed to perform like services.

**IT IS ORDERED** that plaintiff's MOTION FOR ATTORNEYS' FEES [185] is granted in the amount of $4,296.50, said amount to be paid or offset at the time of final judgment.

**DATED August 8, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**