IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,<br><br>      Defendants. | 8:05CV570<br><br>ORDER |

Upon review of the file,

**IT IS ORDERED** that the parties Joint Motion to Extend Deadlines [207] is granted, and the Amended Final Progression Order [181] is amended, as follows:

1. The deposition deadline is extended to **November 30, 2007.**

2. All motions for summary judgment shall be filed by **October 31, 2007**.

3. The deadline to disclose rebuttal expert witnesses is extended to **November 15, 2007.**

4. The deadline to provide pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is extended to **January 15, 2007.**

**DATED October 12, 2007.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**