IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC., ) | Case No. 8:05CV00570 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER ON STIPULATED |
| CLAUDIA KISER, SARAH SHEPHERD, PAT ) | MOTION TO EXTEND |
| BARIL, STRATEGIC GOVERNMENTAL ) | SUMMARY JUDGMENT AND |
| SOLUTIONS, INC., and THE NEBRASKA ) | DISCOVERY DEADLINES |
| ASSOCIATION OF SCHOOL BOARDS, INC., ) | |
| ) | |
| Defendants. ) | |

Strategic Governmental Solutions, Inc., has moved for an extension of the deadlines for filing motions for summary judgment, and completion of discovery, reciting good reason for the extensions, and reflecting the consent of all parties.

Having considered the motion, the Court finds that it should be granted.

IT IS ORDERED that the motion [231] is granted, as follows:

1. The deadline for filing summary judgment motions is extended to November 30, 2007, and

2. The discovery deadline is extended to December 31, 2007.

DATED October 31, 2007.

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              United States Magistrate Judge