IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | CASE NO. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., and NEBRASKA ASSOCIATION OF SCHOOL BOARDS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff MeccaTech, Inc.'s Unopposed Motion to Extend Time to File Reply Brief in Support of Motion for Partial Dismissal. Upon review of the Motion, and being fully advised in the premises,

IT IS ORDERED:

1. The Motion to Extend Time (Filing NO. 236) is granted;

2. The Plaintiff MeccaTech, Inc. shall file its Reply Brief in Support of its Motion to Dismiss no later than Wednesday, November 21, 2007.

DATED this 9th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge