IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **and NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to respond to the Defendants' motions for summary judgment. Plaintiff is seeking an additional 20 days. For good cause shown,

IT IS ORDERED:

1. The Plaintiff's Motion to Extend Time (Filing No. 265) is granted;

2. The Plaintiff's responses to the Defendants' motions for summary judgment shall be filed on or before Friday, January 11, 2007.

DATED this 13th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge