IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., and NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's Motion to Supplement the Record (Filing No. 273) is granted;

2. Plaintiff is granted leave to file the Supplemental Affidavit of Larry Dalman, and is directed to separately file same on or before December 28, 2007;

3. The NASB's unopposed motion for an extension of time to respond to the Plaintiff's motion for summary judgment (Filing No. 274) is granted; and

4. The NASB's brief and evidence in response to the Plaintiff's motion for summary judgment shall be filed on or before Friday, January 11, 2008.

DATED this 26th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge