## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV570** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Stipulation and Motion for Extension of Deadlines [279] is granted, as follows:

1.    The discovery deadline is extended from December 31, 2007 to January 18, 2008 for the limited purpose of the NASB taking the deposition of Jack Chapin and MTI taking the deposition of Jon Sterns.

2.    The deadline to serve the parties' pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is extended from January 15, 2008 to January 25, 2008.

**DATED December 28, 2007.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**