**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **and NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

IT IS ORDERED:

1.    Plaintiff MeccaTech's Motion for an extension of time to file its reply brief (Filing No. 278) is granted; and

2.    MeccaTech, Inc. shall file its reply to the SGS Defendants' Brief in Opposition to the Plaintiff's Motion for Summary Judgment on or before January 11, 2008.

DATED this 28th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge