# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV570** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC. and THE NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC.,** | ) ) ) ) | **SCHEDULING ORDER** |
| | ) | |
| **Defendants.** | ) | |

Considering the December 31, 2007 discovery deadline,

IT IS ORDERED that all responses to plaintiff's MOTION FOR LEAVE TO REOPEN THE DEPOSITIONS OF PAT BARIL, GARY LANGE AND JOSEPH O'HARA, AND TO TAKE THE DEPOSITIONS OF AARON LUM, PHILIP QUACK AND LARRY DALMAN [280] shall be filed no later than **January 4, 2008.**

DATED December 28, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge