IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | CASE NO. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, | ) | |
| PAT BARIL, STRATEGIC | ) | |
| GOVERNMENTAL SOLUTIONS, INC., | ) | |
| and NEBRASKA ASSOCIATION OF | ) | |
| SCHOOL BOARDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff MeccaTech, Inc.'s Unopposed Motion to extend the time for filing its Briefs in Opposition ("Opposition Briefs") to Defendants' Motions for Summary Judgment and to extend the time for filing its Reply Brief ("Reply Brief") in Support of its Motion for Partial Summary Judgment.  Upon review of the Motion, and being fully advised in the premises,

IT IS ORDERED:

1.      The Motion (Filing No. 300) is granted; and

2.      Plaintiff MeccaTech, Inc. shall have until Monday, January 14, 2008 to file its Opposition Briefs and shall have until Thursday, January 17, 2008 to file its Reply Brief.

Dated this 11th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge