IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | CASE NO. 8:05CV570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., and NEBRASKA ASSOCIATION OF SCHOOL BOARDS, INC., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon notice given to the District Judge on January 14, 2008, by the Plaintiff and Defendant Nebraska Association of School Boards, Inc. that these parties have reached settlement in above-matter,

**IT IS ORDERED**:

1. On or before February 15, 2008, the Plaintiff and Defendant Nebraska Association of School Boards, Inc. shall electronically file a joint stipulation for dismissal that states with particularity the claims and parties to be dismissed and specifying whether the dismissal is with or without prejudice, and they shall submit to the undersigned, at smithcamp@ned.uscourts.gov, a draft order that will dispose of the case as between these two parties; and

2. Absent compliance with this order, the portion of the case with respect to these two parties (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 15th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge