IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC., ) | CASE NO. 8:05CV570 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CLAUDIA KISER, SARAH ) | |
| SHEPHERD, PAT BARIL, STRATEGIC ) | |
| GOVERNMENTAL SOLUTIONS, INC., ) | |
| and NEBRASKA ASSOCIATION OF ) | |
| SCHOOL BOARDS, INC., ) | |
| ) | |
| Defendants. ) | |

On January 15, 2008, the Court was notified that the claims by and between the Plaintiff MeccaTech Inc., ("MTI") and the Defendant Nebraska Association of School Boards, Inc., ("NASB") only, have been resolved. MTI and NASB have filed Notices of Withdrawal of certain discovery requests and motions. The Court finds that the Notices should be approved. Accordingly,

IT IS ORDERED:

1. To the extent the withdrawals have not already been accomplished (*see* Filing No. 316), MTI's and NASB's Notices of Withdrawal (Filing Nos. 318 and 319) are approved;

2. NASB's Motion for Summary Judgment (Filing No. 250) is deemed withdrawn;

3. MTI's Motion for Summary Judgment as asserted against the NASB only (Filing No. 256) is deemed withdrawn, but the motion remains as asserted against all other Defendants; and

4. MTI's and the NASB's Joint Motion for Extension of Deadlines (Filing No. 302) is denied as moot.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge