IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC., ) | Case No. 8:05CV570 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CLAUDIA KISER, SARAH SHEPHERD, ) | |
| PAT BARIL, STRATEGIC GOVERNMENTAL ) | |
| SOLUTIONS, INC., and THE NEBRASKA ) | |
| ASSOCIATION OF SCHOOL BOARDS, INC., ) | |
| ) | |
| Defendants. ) | |

IT IS ORDERED:

1. Defendants Claudia Kiser, Sarah Shepherd, Pat Baril and Strategic Governmental Solutions, Inc.'s unopposed Motion for an extension of time to file their reply brief (Filing No. 328) is granted; and

2. Defendants Claudia Kiser, Sarah Shepherd, Pat Baril and Strategic Governmental Solutions, Inc. shall file their reply brief in support of its Motion for Summary Judgment on or before January 30, 2008.

DATED this 22rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge