# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MECCATECH, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **8:05CV570** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT** ) | |
| **BARIL, STRATEGIC GOVERNMENTAL** ) | **ORDER** |
| **SOLUTIONS, INC. and THE NEBRASKA** ) | |
| **ASSOCIATION OF SCHOOL BOARDS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter comes before the Court on the parties' Stipulation for Extension of Time to Serve Pretrial Disclosures. Upon review of the Stipulation, and being fully advised in the premises,

IT IS ORDERED that the Stipulation shall be and hereby is granted.

IT IS FURTHER ORDERED that the parties shall file and serve their disclosures in accordance with Fed. R. Civ. P. 26(a)(3) and this Court's Order dated December 28, 2007 no later than Monday, February 4, 2008.

**DATED January 25, 2008.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**