IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:05CV570 |
| CLAUDIA KISER, SARAH SHEPHERD, PAT | ) | |
| BARIL, STRATEGIC GOVERNMENTAL | ) | ORDER |
| SOLUTIONS, INC. and THE NEBRASKA | ) | |
| ASSOCIATION OF SCHOOL BOARDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

A hearing was held on January 25, 2008 on the following motions:

280   Motion of MTI for leave to reopen the depositions of Pat Baril, Gary Lange and Joseph O'Hara, and to take the depositions of Aaron Lum, Philip Quack and Larry Dalman

291   Motion of defendants Baril, Kiser, Shepherd and Strategic Governmental Solutions for leave to redepose Gary Tyler

313   MTI's motion to extend the deposition deadline

As discussed during the hearing,

**IT IS ORDERED:**

1.   MTI's Motion for leave to reopen depositions [280] is granted as to Pat Baril, and Gary Lange.  The subject of inquiry shall be limited to matters reasonably related to the documents retrieved from Gary Lange's computer hard drive.  The motion is granted as to Aaron Lum, Philip Quack and Larry Dalman if the parties cannot stipulate to the authenticity of documents discovered on the Lange computer hard drive.

2.   Defendants' motion to redepose Gary Tyler [291] is granted.  The subject of inquiry shall be limited to matters reasonably related to the "Knapper letter" sent to the Scottsbluff Public Schools in March 2005.

3.  MTI's motion to extend the deposition deadline [313] is granted, as follows:

a.  All depositions shall be completed by **February 29, 2008.**

b.  Defendants shall respond to the discovery requests served by MTI on December 14, 2007 no later than **February 5, 2008.**

c.  The parties are given until **March 7, 2008** to supplement their pending motions for summary judgment. All responses to the supplemented motions shall be filed by **March 28, 2008**, at which time the motions for summary judgment will be ripe for decision.

d.  The final pretrial conference previously set for February 19, 2008, is continued to **Thursday, May 8, 2008 at 10:30 a.m.**

e.  The trial now set for March 18, 2008 is cancelled and will be rescheduled by further order of the court.

**DATED January 25, 2008.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**