# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., NEBRASKA ASSOCIATION OF SCHOOL BOARDS,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER came before the Court upon Plaintiff MeccaTech, Inc.'s ("MTI") Motion for Leave to Supplement Evidence in Support of its Brief in Opposition to the SGS Defendants' Motion for Summary Judgment. The Court has reviewed the motion and finds that it should be granted.

IT IS ORDERED:

1. MTI's Motion for Leave to Supplement Evidence in Support of its Brief in Opposition to the SGS Defendants' Motion for Summary Judgment (Filing No. 330) is granted;

2. MTI is given leave to supplement the evidence it has offered in support of its Brief in Opposition to the SGS Defendants' Motion for Summary Judgment, to include Exhibits A and B.

Dated this 30th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge