## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **CLAUDIA KISER, SARAH** | ) | **WITH PREJUDICE** |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | **AS TO NASB ONLY** |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **NEBRASKA ASSOCIATION OF** | ) | |
| **SCHOOL BOARDS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Filing No. 345) filed by Plaintiff Mecca-Tech, Inc. ("MTI") and Defendant the Nebraska Association of School Boards, Inc. ("the NASB"). The Court finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice (Filing No. 345) is approved, and the relief requested therein is granted;

2. All claims asserted by MTI against the NASB in this action are dismissed with prejudice;

3. MTI's claims against Defendants Claudia Kiser, Sarah Shepherd, Pat Baril, and Strategic Governmental Solutions, Inc., shall proceed to trial or other final disposition.

Dated this 6th day of February, 2008

BY THE COURT:

s/Laurie Smith Camp
United States District Judge