# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:05CV570 |
| CLAUDIA KISER, SARAH SHEPHERD, PAT | ) | |
| BARIL, STRATEGIC GOVERNMENTAL | ) | ORDER |
| SOLUTIONS, INC. and THE NEBRASKA | ) | |
| ASSOCIATION OF SCHOOL BOARDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The record shows that William R. Johnson has filed Proof of Service, as directed in Order [346], and no substitute counsel has yet entered an appearance on behalf of defendants Claudia Kiser, Sarah Shepherd, and Pat Baril.  Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall enter the appearances *pro se* of defendants, Claudia Kiser, Sarah Shepherd, and Pat Baril.  These parties may retain substitute counsel at any time; however, until such time as substitute counsel enters a written appearance, they shall personally comply with all orders of this court, the Federal Rules of Civil Procedure, and the Local Rules of Practice.

**DATED February 6, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**