# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CV570 |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL,** and **STRATEGIC GOVERNMENTAL SOLUTIONS, INC.,** | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Edward D. Hotz, Michael R. Peterson, and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant for leave to withdraw as counsel for Interested Party, Gary Lange. Substitute counsel has entered an appearance, and the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [386] is granted. The court will terminate the appearances of Edward D. Hotz, Michael R. Peterson, and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant. The withdrawal shall be effective upon their filing a Notice of Withdrawal and serving copies on the clients and the other parties to this action in accordance with NEGenR 1.3(f).

**DATED April 2, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge