# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF REFERENCE** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **GARY LANGE, JOSEPH J. O'HARA,** | ) | |
| **and EDUCATIONAL SERVICES &** | ) | |
| **PRODUCTS, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Notice of Strategic Governmental Solution's Voluntary Chapter 7 Bankruptcy Filing (Filing No. 406)[1]. All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court pursuant to 28 U.S.C. § 157. Pursuant to NEGenR 1.5(a)(1), "Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the entire case will be referred to the bankruptcy court of this district for further action."

Accordingly,

IT IS ORDERED:

1. Pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

---

[1] The Notice was stricken Pursuant to General Order Number 2006-1, because the Notice was empty, incomplete or incorrect PDF document attached (Filing No. 416). However, the Court has confirmed through the PACER Service Center, http://pacer.psc.uscourts.gov, that Strategic Governmental Solutions, Inc., filed a Chapter 7 Bankruptcy on April 7, 2008, in the Bankruptcy Court for the Northern District of New York, Case No. 08-110474-1-rel.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge