IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CV570 |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, and STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC, | ) ) ) ) ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |

    This matter is before the magistrate judge for full pretrial supervision. The case was referred to the bankruptcy court on April 28, 2008 and was reopened on October 2, 2008, upon Judge Smith Camp's withdrawal of the reference.

    When the case was referred to the bankruptcy court, all pending motions were terminated in this court for statistical purposes, including plaintiff's Motion for Default Judgment [370].

    During the October 2, 2008 hearing on plaintiff's motion for preliminary injunction, the court reopened the Report and Recommendation [388] on the plaintiff's motion for sanctions [324]. Those matters are now pending before Judge Smith Camp, together with the defendants' motions ([442] & [450]) to set aside the report and recommendation, and Joseph O'Hara's motion [448] to dismiss the Second Amended Complaint [420]. No other motions or requests filed prior to April 28, 2008 have been reopened.

    In order to clarify which matters now require the court's attention, the parties will be required to specifically designate any motions or requests that were pending at the time of the bankruptcy reference, i.e., April 28, 2008, which should be reopened at this time.

Any requests to reopen a motion or request that was pending on April 28, 2008 must be filed by written motion no later than **October 24, 2008.**

**IT IS SO ORDERED.**

**DATED October 9, 2008.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**