# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MECCATECH, INC.,** | CASE NO. 8:05CV570 |
| **Plaintiff,** | |
| v. | ORDER |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC,** | |
| **Defendants.** | |

This matter is before the Court on Plaintiff's Unopposed Motion for Indefinite Suspension of Deadline to Respond (Filing No. 469) and the Stipulation for Suspension of Deadline to Respond (Filing No. 470).[1]

Given the prior delays in this matter and fact that the initial complaint was filed nearly three years ago, the Court finds that it is not in the interest of justice to grant an indefinite suspension of response deadlines to motions pending in this case. At the same time, the Court wishes to encourage the efforts of the parties to enter into meaningful settlement negotiations. For those reasons, the Court will grant a 60-day extension of time for Plaintiff to respond to the motions filed by Defendants Claudia Kiser, Sarah Shepherd, and Pat Baril, seeking to set aside the Magistrate Judge's Report and Recommendation for sanctions (Filing Nos. 442 and 450). Accordingly,

IT IS ORDERED:

1. Plaintiff's Unopposed Motion for Indefinite Suspension of Deadline to Respond (Filing No. 469) is denied;

---

[1] Filing No. 470, while appearing to be a stipulation signed by opposing counsel, is docketed as an "Unopposed MOTION to Extend (suspend) deadline to respond to MOTION to Set Aside Report and Recommendations of Magistrate Judge to Allow Response to Plaintiff's Motion for Sanctions 450."

2. The Stipulation for Suspension of Deadline to Respond (Filing No. 470) filed by Plaintiff MeccaTech, Inc. and Defendants Sarah Shepherd and Pat Baril is denied;

3. Plaintiff MeccaTech, Inc. shall file its response to Defendant Claudia Kiser's Motion to Set Aside Report and Recommendation for Sanctions (Filing No. 442) on or before December 16, 2008; and

4. Plaintiff MeccaTech, Inc., shall file its response to Defendants Sarah Shepherd and Pat Baril's Motion to Set Aside Report and Recommendation for Sanctions (Filing No. 450) on or before December 16, 2008.

DATED this 17th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge