IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on Plaintiff MeccaTech, Inc.'s Motion for Suspension of Deadline to Respond to Motion to Dismiss Filed by Joseph O'Hara (Filing No. 473). Upon review of the Motion, and being fully advised in the premises,

IT IS ORDERED:

1. Plaintiff's Motion for Suspension of Deadline to Respond to Motion to Dismiss Filed by Joseph O'Hara (Filing No. 473) is granted;

2. The deadline by which the Plaintiff is required to respond to Defendant Joseph O'Hara's Motion to Dismiss is suspended from October 24, 2008, until after such time as the United States Bankruptcy Court for the Northern District of New York rules on the Plaintiff's Motion to Modify Automatic Stay, and the Plaintiff notifies this Court of the same;

3. At the time this Court receives notice that the Court in the bankruptcy proceeding has ruled on the Plaintiff's Motion to Modify Automatic Stay, it will enter an Order advising whether or not a response to O'Hara's Motion to Dismiss is necessary and, if so, the deadline by which the Plaintiff must respond; and

4. The Plaintiff shall notify this Court of the Bankruptcy Court's ruling on the Motion to Lift Stay as soon as practicable.

DATED this 23rd day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge