## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **GARY LANGE, JOSEPH J. O'HARA,** | ) | |
| **and EDUCATIONAL SERVICES &** | ) | |
| **PRODUCTS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation for Extension of Time (Filing No. 486). The parties request an extension of time, from December 16, 2008, until January 14, 2009, for Plaintiff to respond to the motion filed by Defendant Claudia Kiser, seeking to set aside the Magistrate Judge's Report and Recommendation for sanctions (Filing No. 442).

IT IS ORDERED:

1.   The Stipulation for Extension of Time (Filing No. 486) filed by Plaintiff MeccaTech, Inc. and Defendant Claudia Kiser is approved and the requested relief is granted; and

2.   Plaintiff MeccaTech, Inc. shall file its response to Defendant Claudia Kiser's Motion to Set Aside Report and Recommendation for Sanctions (Filing No. 442) on or before January 14, 2009.

DATED this 10th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge