IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court in response to Plaintiff's Report to Court Regarding Motion for Suspension of Deadline to Respond to Motion to Dismiss Filed by Joseph O'Hara (Filing No. 485). Attached to the Plaintiff's report is an order from the United States Bankruptcy Court for the Northern District of New York ("Bankruptcy Court") in the case, In re: Joseph J. O'Hara, Debtor, Case No. 08-12108 (Filing No. 485-2). The Bankruptcy Court lifted the automatic stay permitting MeccaTech, Inc. to pursue the action pending in this Court, "including, but not limited to, responding to [O'Hara's] Motion to Dismiss" (Filing No. 485-2). Upon review of the Plaintiff's report and the attached order from the Bankruptcy Court, and being fully advised in the premises, I shall order Plaintiff to respond to O'Hara's Motion to Dismiss (Filing No. 448).

IT IS ORDERED:

1. Plaintiff shall to respond to Defendant Joseph O'Hara's Motion to Dismiss by filing a brief on or before February 23, 2009; and

2. Defendant Joseph O'Hara may file a reply brief, if any, in accordance with NECivR 7.1(c).

DATED this 2nd day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge