## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | **CASE NO. 8:05CV570** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC,** | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal and Injunction Against Defendant Claudia Kiser (Filing No. 491) filed by Plaintiff MeccaTech, Inc. ("MTI") and Defendant Claudia Kiser. The parties to the stipulation agree to the dismissal with prejudice of MTI's claims against Kiser with the exception of injunctive relief. The Court finds that the Joint Stipulation should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal and Injunction Against Defendant Claudia Kiser (Filing No. 491) is approved;

2. All of MTI's claims against Kiser, except MTI's claim for injunctive relief, as provided herein, are dismissed with prejudice;

3. All of Kiser's claims against MTI are dismissed with prejudice;

4. Further, this Order:

    a) Will not operate as to any party or entity, whether named in the Lawsuit or not, other than Kiser and MTI;

    b) Does not effect a dismissal, with or without prejudice, of any claims against other individuals or parties, including, but not limited to, Defendants Sarah Shepherd, Pat Baril, Strategic Governmental

        Solutions, Inc. ("SGS"), Gary Lange, Joseph O'Hara, or Educational Services & Products, LLC ("ESP"), or any other current or former employee of MTI, SGS or ESP; and

        (c) Does not operate as a release against any individuals or parties, including Kiser;

5.     The Court's Preliminary Injunction (Filing No. 467) shall remain in full force and effect against Kiser until 11:59 p.m., December 31, 2010, and pursuant to said injunction:

        (a) Kiser is restrained from directly, or indirectly, for herself or on behalf of others, communicating with, or providing Medicaid administrative claiming services, document storage or retrieval services, or direct services billing to any Nebraska school or Educational Service Unit; and

        (b) Kiser shall be allowed to communicate with Nebraska school districts and/or ESUs for the limited purpose of obtaining job-related references or referrals, or seeking direct employment, as long as that direct employment is in a capacity unrelated to Medicaid Administrative Claiming or any other area in which MeccaTech provides services;

6.     The Court's Preliminary Injunction shall remain in full force and effect against Defendants Patrick Baril, Joseph O'Hara, Gary Lange, and Sarah Shepherd under the terms of the Court's previous Order (Filing No. 467); and

7.     The parties shall pay their own costs and attorneys' fees.

DATED this 30th day of March, 2009.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge