# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MECCATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLAUDIA KISER, SARAH SHEPHERD, PAT BARIL, and STRATEGIC GOVERNMENTAL SOLUTIONS, INC., GARY LANGE, JOSEPH J. O'HARA, and EDUCATIONAL SERVICES & PRODUCTS, LLC, | ) ) ) ) ) ) | 8:05CV570<br><br>AMENDED<br>PROTECTIVE ORDER |
| | ) | |
| Defendants. | ) | |

THIS MATTER came on for consideration pursuant to the agreement (Filing No. 513) of Plaintiff MeccaTech, Inc. ("MTI") and the Chapter 7 Trustee of Defendant Strategic Governmental Solutions, Inc. ("SGS") for modification of the Protective Order (Filing No. 118) previously entered in this matter.

**IT IS ORDERED** that the Stipulation (Filing No. 513) is approved, as follows:

1. Upon receipt of an executed copy of the Agreement to be Bound by Protective Order (Exhibit A, Filing No. 118) and in connection with discovery and/or Bankruptcy Rule 2004 proceedings involving the Chapter 7 bankruptcy case of Joseph O'Hara pending in the United States Bankruptcy Court, Northern District New York, Case No. 08-12108, MTI may release and turnover to Douglas J. Wolinsky and/or counsel to Clare W. Bronfman and Sara R. Bronfman, any and all Discovery including those documents marked as CONFIDENTIAL OR HIGHLY CONFIDENTIAL which were produced by SGS in this matter;

2. All other provisions in the original Protective Order (Filing No. 118) shall remain in effect.

**DATED July 21, 2009.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**