## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV570** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CLAUDIA KISER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Motion [519] of James L. Witzel for leave to withdraw as counsel for defendant, Gary W. Lange. For good cause shown, the court finds that the motion should be granted.

The withdrawal of counsel will not become effective until Mr. Witzel serves a copy of this Order, a Notice of Withdrawal, and a copy of the Motion for Leave to Withdraw on the client, Gary W. Lange. At that time, Mr. Lange will be deemed to be proceeding *pro se* until such time as substitute counsel enters a written appearance on his behalf.

**IT IS ORDERED** that the Motion for Leave to Withdraw [519] is granted, as follows:

1. Moving counsel shall immediately serve copies of the Motion for Leave to Withdraw, a Notice of Withdrawal, and a copy of this Order on Gary W. Lange.

2. Moving counsel shall timely file **proof of service** showing compliance with Paragraph 1 of this Order, listing the names and addresses of the persons to whom notice was sent. Moving counsel will not be relieved of applicable duties to the court, the client, and opposing counsel until proof of service is filed. *See* NEGenR 1.3(f)[1].

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, defendant Gary W. Lange will be deemed to be proceeding *pro se*, that is, without the assistance of counsel until such time as substitute counsel enters a written appearance on his behalf.

**DATED September 23, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**

---

[1]NEGenR 1.3(f) provides: "An attorney of record in a case may withdraw upon showing good cause, but is relieved of duties to the court, the client, and opposing counsel only after (1) filing a motion to withdraw, (2) providing proof of service of the motion on the client, and (3) obtaining the court's leave to withdraw."