IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC., ) | CASE NO. 8:05CV570 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CLAUDIA KISER, SARAH SHEPHERD, ) | |
| PAT BARIL, STRATEGIC ) | |
| GOVERNMENTAL SOLUTIONS, INC., ) | |
| GARY LANGE, JOSEPH J. O'HARA, ) | |
| and EDUCATIONAL SERVICES & ) | |
| PRODUCTS, LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion to Extend Time for Defendants Pat Baril and Sarah Shepherd to Respond to Plaintiff's Motion to Extend Preliminary Injunction (Filing No. 527). Baril and Shepherd request an additional extension of time, from November 10, 2009, until November 20, 2009, to respond to MeccaTech's Motion for Extension of Preliminary Injunction. Attached to Baril and Shepherd's motion is a Stipulation in which MeccaTech agrees to the requested extension of time (Filing No. 527-1). Upon review of the Motion and Stipulation, and being fully advised in the premises,

IT IS ORDERED:

1. The Motion to Extend Time (Filing No. 527) filed by Defendants Pat Baril and Sarah Shepherd is granted; and

2. Defendants Pat Baril and Sarah Shepherd shall file their response to Plaintiff MeccaTech, Inc.'s Motion to Extend Preliminary Injunction (Filing No. 523) on or before November 20, 2009.

DATED this 10th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge