## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.** | ) | Case No. 8:05CV570 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CLAUDIA KISER, SARAH** | ) | **ORDER** |
| **SHEPHERD, PAT BARIL, STRATEGIC** | ) | |
| **GOVERNMENTAL SOLUTIONS, INC.,** | ) | |
| **GARY LANGE, JOSEPH J. O'HARA,** | ) | |
| **AND EDUCATIONAL SERVICES &** | ) | |
| **PRODUCTS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal and Injunction Against Defendant Sarah Shepherd (Filing No. 536). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal and Injunction Against Defendant Sarah Shepherd (Filing No. 536) is approved;

2. All claims by MeccaTech, Inc., in this action, against Shepherd, except as to MeccaTech, Inc.'s claim for injunctive relief as provided herein, and all of Shepherd's claims against MeccaTech, Inc., are dismissed with prejudice, the parties to bear their own costs and attorneys' fees;

3. This Order:

   a. will not operate as to any party or entity, whether named in the Lawsuit or not, other than Shepherd and MTI,

   b. does not effect a dismissal, with or without prejudice, of any claims against other individuals or parties, including, but not limited to, Defendants Claudia Kiser, Pat Baril, Strategic Governmental Solutions, Inc. ("SGS"), Gary Lange, Joseph O'Hara or Educational Services & Products, LLC ("ESP"), or any other current or former employee of MeccaTech, Inc, SGS or ESP,

  c. does not operate as a release against any individuals or parties, including Shepherd; and

4. The Court's preliminary injunction against Shepherd entered in this action on October 8, 2008 (Filing No. 467), shall remain in full force and effect against Shepherd until 11:59 p.m. December 31, 2012, and, pursuant to said injunction, Shepherd is restrained until 11:59 p.m., December 31, 2012, from directly, or indirectly, for herself or on behalf of others, communicating with, or providing Medicaid administrative claiming services, document storage or retrieval services, or direct services billing to any Nebraska school or Educational Service Unit ("ESU").  Notwithstanding the foregoing, Shepherd is allowed to communicate with Nebraska school districts and/or ESUs for the limited purpose of obtaining job-related references or referrals, or seeking direct employment, as long as that direct employment is in a capacity unrelated to Medicaid Administrative Claiming or any other area in which MeccaTech, Inc. provides services.

DATED this 20th day of May, 2011.

               BY THE COURT:


               s/Laurie Smith Camp
               United States District Judge