IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MECCATECH, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV570 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CLAUDIA KISER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Status Report (Filing No. 542). Upon consideration of the circumstances of this case,

**IT IS ORDERED:**

1. The parties shall complete any discovery as to damages, including expert depositions, within 90 days after a final determination in the Michigan proceedings on MTI's complaint for non-dischargeability against Mr. Lange.

2. The parties shall be prepared for trial on the remaining claims against Mr. Baril and the damages caused by the defendants within 180 days after a final determination in the Michigan proceedings on MTI's complaint for non-dischargeability against Mr. Lange.

3. **Within five days** after a final determination in the Michigan proceedings, the parties shall file a status report and schedule a telephone scheduling conference with the magistrate judge. Absent a final determination **by May 31, 2012**, the parties shall file a status report on that date.

DATED this 10th day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge