IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MECCATECH, INC., ) | |
| ) | |
| Plaintiff, ) | 8:05CV570 |
| ) | |
| vs. ) | AMENDED ORDER |
| ) | |
| CLAUDIA KISER, et al., ) | |
| ) | |
| Defendants. ) | |

Upon notice of settlement given to the magistrate judge on July 3, 2012, by counsel for all parties during a telephone conference;

**IT IS ORDERED that:**

1. **On or before August 3, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the **Chief Judge Laurie Smith Camp, at *smithcamp@ned.uscourts.gov*,** a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 5th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge